COLUMBUS BAR ASSOCIATION *v.* LUGINBUHL.

[*Columbus Bar Assn. v. Luginbuhl* (1992), 65 Ohio St.3d 146.]

(No. 92–1341—Submitted September 15, 1992—Decided December 9, 1992.)

*Bruce A. Campbell* and *Nelson E. Genshaft,* for relator.

*Randy F. Hoffman,* for respondent.

*Per Curiam.* Upon review of the record, we agree with the findings of fact and recommendation of the board. Respondent is hereby suspended from the practice of law in the state of Ohio for one year. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.